1

2

3

4

5

6                            UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
7                                     AT SEATTLE

8    UNITED STATES OF AMERICA,

9                          Plaintiff,          CASE NO. 15-259

10          v.                                 **DETENTION ORDER**

11   JUAN LUIS NUNEZ AISPURO,

12                         Defendant.

13          The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14   there are no conditions which the defendant can meet which would reasonably assure the

15   defendant's appearance as required or the safety of any other person and the community.

16          **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17          The Court received no verified information about defendant.  Defendant does not appear

18   to have legal status in this country and stipulated to detention.

19          It is therefore **ORDERED**:

20          (1)     Defendant shall be detained pending trial and committed to the custody of the

21   Attorney General for confinement in a correctional facility separate, to the extent practicable,

22   from persons awaiting or serving sentences, or being held in custody pending appeal;

23          (2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

DETENTION ORDER - 1

1         (3)      On order of a court of the United States or on request of an attorney for the

2 Government, the person in charge of the correctional facility in which Defendant is confined

3 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

4 connection with a court proceeding; and

5         (4)      The Clerk shall provide copies of this order to all counsel, the United States

6 Marshal, and to the United States Probation and Pretrial Services Officer.

7         DATED this 8th day of May, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge