The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-0259JLR |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| JUAN LUIS NUNEZ AISPURO, | |
| Defendant. | |

THIS MATTER came before the Court for a status conference on May 16, 2017. Defendant was present with counsel.

As set forth at the hearing as well as in prior status conference memoranda, this case involved a significant quantity of discovery in this matter. While discovery has been previously produced by the government to a court-appointed discovery coordinator, counsel for Defendant has only just received the discovery, and will require a considerable period of time to review and digest the material. Review of the discovery with Defendant is further complicated by the need to use a translator.

Defendant has already filed a written waiver of his speedy trial rights and requests a continuance of the trial date. The government has no objection.

Based on the foregoing, and being otherwise fully advised, the Court finds and rules as follows:

ORDER CONTINUING TRIAL - 1
*U.S. v. Aispuro*, CR15-259JLR

1. Defense counsel needs additional time to evaluate the considerable volume of discovery, evaluate possible motions and prepare a defense. Proceeding to trial without providing a continuance would result in a miscarriage of justice, pursuant to 18 U.S.C. § 3161(h)(7)(B)(I).
2. Taking into account the exercise of due diligence, a continuance is necessary to allow Defendant a reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).
3. The Court finds that the ends of justice served by granting a continuance in this matter outweighs the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

NOW, THEREFORE, it is hereby:

ORDERED that the trial date is continued from July 10, 2017 to December 18, 2017.

ORDERED that pretrial motions will be filed no later than __Nov. 17__, 2017.

ORDERED that the resulting period of delay from the present to December 18, 2017 is hereby excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

DATED this 18th day of May, 2017.

_____
The Honorable James L. Robart
U.S. District Court Judge

Presented by:

ANNETTE L. HAYES, United States Attorney

By: *Vincent T. Lombardi*
Vincent T. Lombardi, AUSA

*Michael S. Kolker*
MICHAEL S. KOLKER

ORDER CONTINUING TRIAL - 2
*U.S. v. Aispuro*, CR15-259JLR

Attorney for Defendant

ORDER CONTINUING TRIAL - 3
*U.S. v. Aispuro*, CR15-259JLR