UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0259JLR |
| Plaintiff, | ORDER |
| v. | |
| JUAN LUIS NUNEZ AISPURO, | |
| Defendant. | |

Defense counsel having moved this Court for Leave to File, under seal, the Defense Presentence Report, and the court having considered the Motion,

Accordingly, it is hereby ORDERED that the Defendant may file the Defense Presentence Report Under Seal.

Dated this 9th day of November, 2017.

_____
JAMES L. ROBART
United States District Judge

ORDER - 1